RECEIVED
JUN 11 2020
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

20mj391 LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KYLIE R. NYBLOM,

    Defendant.

MISDEMEANOR INFORMATION

18 U.S.C. § 1701

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**
(Obstruction of Mail)

From on or about January 1, 2020 through on or about March 11, 2020 in the State and District of Minnesota, the defendant,

**KYLIE R. NYBLOM,**

did knowingly and willfully obstruct and delay the passage of the mail, all in violation of Title 18, United States Code, Section 1701.

Dated: June 11, 2020

ERICA H. MacDONALD
United States Attorney

*/s/ Alexander Chiquoine*

BY: ALEXANDER D. CHIQUOINE
Assistant U.S. Attorney
Attorney ID No. 0396420

SCANNED
JUN 12 2020
U.S. DISTRICT COURT MPLS